NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTAIR INSTRUMENTS, INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**KELLEY WEST ENTERPRISES, LLC, A FLORIDA LIMITED LIABILITY COMPANY, PRESSER DIRECT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,**
*Defendants-Cross-Appellants*

**DOES, 1 THROUGH 10, INCLUSIVE,**
*Defendant*

---

2017-1194, 2017-1284

---

Appeals from the United States District Court for the Central District of California in No. 2:15-cv-08115-R-FFM, Judge Manuel L. Real.

---

## JUDGMENT

---

RONALD PAUL OINES, Rutan & Tucker, LLP, Costa Mesa, CA, argued for plaintiff-appellant. Also represented by BENJAMIN CHARLES DEMING.

GLENN W. TROST, Snell & Wilmer, LLP, Los Angeles, CA, argued for defendants-cross-appellants.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 12, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |